B 265
(8/96)

# United States Bankruptcy Court
### District Of MAINE

05 MBD 10121

In re NORTHEASTERN GRAPHIC SUPPLY, INC.
            Debtor                  )    Case No. 03-20069

)    Chapter 11

NORTHEASTERN GRAPHIC SUPPLY, INC,
           Plaintiff              )

v.

GRAPHIC COLOR CORP, A DIVISION OF
CONSOLIDATED COLOR CORP.         )    Adv. Proc. No. 04-2116
           Defendant               )

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

     I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on  JANUARY 4, 2005 as it appears in the records of this court, and that:
                                                                                                     (date)

[X]  X No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

[ ]  No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                  (date)

[ ]  An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
      (name of court)                                          (date)

[ ]  An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
     (date)

_March 4, 2005_
    Date

_/s/ (signature)_
    Clerk of the Bankruptcy Court

By: _/s/ Karyn (signature)_
        Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>NORTHEASTERN GRAPHIC SUPPLY, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 03-20069<br><br>**05MBD 10121** |
| NORTHEASTERN GRAPHIC SUPPLY, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GRAPHIC COLOR CORPORATION, A DIVISION OF CONSOLIDATED COLOR CORPORATION<br><br>Defendant. | Adv. Proc. No. 04-02116 |

## DEFAULT ENTERED BY THE CLERK OF THE COURT

Upon the Request For Entry Of Default By The Clerk Of The Court Pursuant To Rule 55(a) Of The Federal Rules of Civil Procedure dated November 29, 2004 (the "Request"), good cause having been shown for granting the relief sought by the Request, Defendant Graphic Color Corporation, A Division of Consolidated Color Corporation, be and hereby is defaulted for having failed to file an answer or other responsive pleading to the Complaint for Breach of Contract, Turnover of Assets, Unjust Enrichment and Suit on Account Annexed filed on October 22, 2004 in this adversary proceeding.

Dated: November 30, 2004

/s/ Celia E. Strickler
Celia E. Strickler, Clerk



A true copy
Attest: Celia E. Strickler, Clerk
by _____
Deputy Clerk

B 264
(1/96)

# United States Bankruptcy Court
_____ District Of _____

In re __Northeastern Graphic Supply, Inc.__,
           Debtor

Case No. __03-20069__

Chapter __11__

__Northeastern Graphic Supply, Inc.__,
           Plaintiff

v.

__Graphic Color Corporation, a division of consolidated color corporation__,
           Defendant

Adv. Proc. No. __04-2116__

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

**Name and Address of Judgment Creditor**
Northeastern Graphic Supply, Inc.
PO Box 1418
Portland, ME 04104

Amount of Judgment:
$ __33,589.74__

Other Costs:
$ __0.00__

vs.

**Name and Address of Judgment Debtor**
Graphic Color Corporation
15 Union Street
Lawrence, MA 01840

Date of Entry of Judgment:
__January 4, 2005__

TO THE UNITED STATES MARSHAL FOR THE _____ DISTRICT OF __Maine__:
You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

February 24, 2005
    Date

_/s/ Elia E. Stubbe_
Clerk of the Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re: ) | |
| ) | |
| NORTHEASTERN GRAPHIC SUPPLY, INC., ) | Chapter 11 |
| ) | Case No. 03-20069 |
| Debtor. ) | |
| ) | 05MBD 10121 |
| NORTHEASTERN GRAPHIC SUPPLY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adv. Proc. No. 04-02116 |
| ) | |
| GRAPHIC COLOR CORPORATION, A ) | |
| DIVISION OF CONSOLIDATED COLOR ) | |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING MOTION FOR ENTRY OF A JUDGMENT BY DEFAULT PURSUANT TO RULE 55(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Upon the Motion for Entry of a Judgment by Default Pursuant To Rule 55(b) Of The Federal Rules of Civil Procedure, dated December 6, 2004 (the "Motion"), good cause having been shown for granting the relief sought by the Motion, judgment by default in the total amount of $33,589.74 pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure is hereby entered against the Defendant.

Dated:  January 4, 2005          /s/ James B. Haines, Jr.
                                 _____
                                 James B. Haines, Jr.
                                 Bankruptcy Judge

A true copy
Attest: Celia E. Strickler, Clerk
by _____
   Deputy Clerk