UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * *

Northeastern Graphic Supply, Inc.
                             Plaintiff                      *

                                                              *    MBD NO. 05-10121

vs.
                                                              *

Graphic Color Corporation, a division of    *
Consolidated Color Corporation
                             Defendant                *

* * * * * * *

### MOTION FOR EXAMINATION OF DEFENDANT, JUDGMENT DEBTOR, BEFORE THIS COURT

Plaintiff, Northeastern Graphic Supply, Inc. moves the Court, pursuant to Fed. R. Civ. P.69(a) and Mass. Gen. Laws Ch. 224, §14 and §15, for leave to examine the Defendant, by Lawrence H. Cohen, the president of the Judgment Debtor before the Court as to the judgment debtor's property and its ability to pay. As grounds therefor, Plaintiff says as follows:

     1. Plaintiff recovered judgment herein against Defendant/Judgment Debtor in Maine on January 4, 2005 in the amount of $33,589.74, which was registered in this Court on March 21, 2005.

     2. The First Execution which was issued on March 21, 2005 was delivered into the hands of the Essex County Sheriff's Office who by Deputy Sheriff Robert Owen made demand upon the Defendant on April 7, 2005 as certified by his return. (See Exhibit "A"). Said First Execution has been returned unsatisfied in any part and remains outstanding.

     3. By filing this motion, Plaintiff seeks to utilize a remedy available to it.

     4. In support thereof, see Memorandum in Support of Motion for Examination of Defendant/ Judgment Debtor Before this Court.

Northeastern Graphic Supply, Inc.
By its Attorneys,

_____
Kenneth E. Karger, BBO# 259880
Karger Law Offices
15 Court Square, Suite 230
Boston, MA  02108
617 367-2992

Dated: May 18, 2005

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FIRST EXECUTION

CIVIL ACTION NO. __MISC__
05 MBD 10121

To the United States Marshal for the District of Massachusetts or either of her Deputies and to <u>Essex Deputy Sheriffs and Middlesex Deputy Sheriffs</u>, Special Process Server:

WHEREAS __NORTHEASTERN GRAPHIC SUPPLY, INC. Plaintiff__ has recovered judgment against __GRAPHIC COLOR CORPORATION, a division of CONSOLIDATED COLOR CORPORATION, Defendant__ on the __4th__ day of __January__, 19 __2005__, for the sum of $ __33,589.74__, debt or damage, pre-judgment interest in the amount of $ __0__, and costs of this suit in the amount of $ __N/A__, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ __33,589.74__, in the whole, with interest thereon at the rate of __N/A__ from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at __Boston__, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this __21st__ day of __MARCH__, 19 __2005__

TONY ANASTAS, CLERK

By: _____
Deputy Clerk

(1stexecu.wrt - ) [writexec.]




# Essex County Sheriff's Department
## Division of Civil Process

381 Common Street
3rd Floor
Lawrence, MA 01840

**Frank G. Cousins, Jr.**
Sheriff

Richard J. Roaf, Jr.
Director

Robyn Clarke
Office Manager

Telephone:
(978) 683-7810
Fax: (978) 683-8205
www.eccf.com

Essex SS                                                          APRIL 19, 2005

By virtue of this execution, On **APRIL 7, 2005 at 11:53 FORENOON** I demanded of the within named **GRAPHIC COLOR CORPORATION a division of CONSOLIDATED COLOR CORPORATION**, Defendant(s), judgement, costs, and my fees, or that he exhibit to me real or personal property belonging to her subject to be taken on execution and sufficient to satisfy this execution, upon which I could levy and satisfy the same, by **Serving In Hand to LAWRENCE COHEN, PREISDENT** a copy of the within execution with my said demand endorsed thereon at **15 UNION STREET, LAWRENCE, MA.** and sufficient to satisfy the same, upon which I could levy to satisfy this execution, or any part thereof.

FEES:
Basic Fees $ 40.00
**Total      $ 40.00**

*Robert Owen*
**ROBERT OWEN**
Deputy Sheriff