UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**NORTHEASTERN GRAPHIC SUPPLY, INC.**
        **Plaintiff**

vs.                                    MED No. 05-10121

**GRAPHIC COLOR CORPORATION,
A DIVISION OF CONSOLIDATED COLOR CORPORATION,**
        **Defendant**

**NOTICE OF APPEARANCE BY RICHARD J. COHEN, ESQ.,
<u>FOR CONSOLIDATED COLOR CORPORATION</u>**

    Please enter my appearance in this case for Consolidated Color Corporation, named as a defendant herein.

June 15, 2005                          Respectfully submitted,

                                         **GRAPHIC COLOR CORPORATION, A DIVISION
OF CONSOLIDATED COLOR CORPORATION**
By its attorney,

<u>/s/ Richard J. Cohen, Esq.</u>
Richard J. Cohen, Esq. (BBO 090240)
1185 Falmouth Road
Centerville, MA 02632
(508) 771-6400 / fax (508)771-6216

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**NORTHEASTERN GRAPHIC SUPPLY, INC.**
        Plaintiff

vs.                      MED No. 05-10121

**GRAPHIC COLOR CORPORATION,**
**A DIVISION OF CONSOLIDATED COLOR CORPORATION,**
        Defendant

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below the foregoing **Notice of Appearance** was served (a) by electronic transmission to the Clerk, US Bankruptcy Court via the Court's CM/ECF system, and simultaneously through such transmission to the parties also electronically noticed thereby, and/or (b) where electronic transmission is inapplicable, service of the same was effected either via 1st class US mail, prepaid or by telefax, all as set forth in "A" respectively.

Dated: June 27, 2005                      */s/ Richard J. Cohen, Esq.*
                                                      _____
                                                      Richard J. Cohen

"A"
***by CM/ECF electronic transmission***
Clerk, US District Court
Kenneth E. Karger, Esq.
and
***by non-electronic transmission -*** 1st class mail:
Kenneth E. Karger, Esq.
15 Court Square #230
Boston, MA 02108

Consolidated Color Corporation
15 Union Street
Lawrence, MA 01840